## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Jorge Martinez Licea**<br>DOB: 1973; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>25-09454MJ |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about August 21, 2025, at or near Tucson, in the District of Arizona, **Jorge Martinez Licea**, knowing that he was an alien unlawfully in the United States, did knowingly possess in and affecting interstate or foreign commerce, a firearm, to wit: one (1) Hi Point model 995, 9mm rifle, said firearm having been shipped and transported in interstate commerce; all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On or about August 21, 2025, Pima County Sheriff's Department (PCSD) deputies conducted a traffic stop in the area of West Rocking Chair and South Branding Iron Circle in Tucson, Arizona, of a black Dodge Journey displaying a fictitious license plate. The driver and sole occupant of the vehicle was identified by a Mexico Passport as **Jorge Luis MARTINEZ LICEA**.

**MARTINEZ LICEA** was asked if he had any firearms in the vehicle and he admitted to having a firearm in the vehicle. The firearm, further described as a Hi Point model 995, 9mm rifle bearing serial number F165447, was located between the driver seat and the center console. Additionally, ten (10) rounds of 9mm ammunition were located in the vehicle.

In a post-*Miranda* interview, **MARTINEZ LICEA** claimed ownership of the firearm, stating he purchased it from a friend. Additionally, **MARTINEZ LICEA** stated that he entered the United States illegally and was not a United States Citizen.

Record queries through Department of Homeland Security databases confirmed **MARTINEZ LICEA** is a Mexican Citizen who does not possess proper paperwork allowing him to be in the United States legally.

An ATF firearm nexus expert examined the firearm found in the vehicle **MARTINEZ LICEA** was driving and determined that it was not manufactured in Arizona, thereby traveling in, or affecting interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano*  Raquel Arellano  Digitally signed by RAQUEL ARELLANO  Date: 2025.08.22 11:21:08 -07'00' | SIGNATURE OF COMPLAINANT<br>ALEXANDER TISCH  Digitally signed by ALEXANDER TISCH  Date: 2025.08.22 11:56:45 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>ATF SA Alexander Tisch |

**Sworn by telephone _x_**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 22, 2025 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.